UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01398-CMA-NYW

RE/MAX, LLC, a Delaware limited liability company,

    Plaintiff,

v.

EXP REALTY, LLC, a Washington limited liability company,

    Defendant.

## NOTICE REGARDING RESOLUTION OF DISCOVERY DISPUTE

Plaintiff RE/MAX, LLC ("RML") and Defendant eXp Realty, LLC ("eXp") have reached agreement on the deadline for eXp to respond to RML's Second Set of Written Discovery, which was the subject of eXp's motion filed July 12, 2021 (ECF No. 62; the "Motion"). The parties do not require further assistance from the Court on the Motion.

Dated: July 15, 2021.                     Respectfully submitted,


*s/Thomas A. Olsen*
Kathryn A. Reilly
Thomas A. Olsen
Melissa L. Romero
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: 303.244.1800
Facsimile:  303.244.1879
Email:  reilly@wtotrial.com
            olsen@wtotrial.com
            romero@wtotrial.com

Attorneys for Plaintiff RE/MAX, LLC


*s/Jeffrey M. Lippa*
Janette L. Ferguson
Jeffrey M. Lippa
Jessica P. Marsh
Williams Weese Pepple & Ferguson
1801 California St., Suite 3400
Denver, CO 80202
Telephone: 303.861.2828
Facsimile:  303.861.4017
Email:  jferguson@williamsweese.com
            jlippa@williamsweese.com
            jmarsh@williamsweese.com

Attorneys for Defendant eXp Realty, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 15, 2021, I electronically filed the foregoing **NOTICE REGARDING RESOLUTION OF DISCOVERY DISPUTE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Janette L. Ferguson**
  jferguson@williamsweese.com

- **Jeffrey M. Lippa**
  jlippa@williamsweese.com

- **Jessica P. Marsh**
  jmarsh@williamsweese.com

*s/ Thomas A. Olsen*