UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01398-CMA-NYW

RE/MAX, LLC, a Delaware limited liability company,

    Plaintiff,

v.

EXP REALTY, LLC, a Washington limited liability company,

    Defendant.

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff RE/MAX, LLC hereby provides notice of dismissal of this action with prejudice.

Dated:  August 20, 2021.        Respectfully submitted,

                                                      *s/Thomas A. Olsen*
                                                      Kathryn A. Reilly
                                                      Thomas A. Olsen
                                                      Melissa L. Romero
                                                      Wheeler Trigg O'Donnell LLP
                                                      370 Seventeenth Street, Suite 4500
                                                      Denver, CO 80202
                                                      Telephone: 303.244.1800
                                                      Facsimile:  303.244.1879
                                                      Email:  reilly@wtotrial.com
                                                                         olsen@wtotrial.com
                                                                         romero@wtotrial.com

                                                      Attorneys for Plaintiff RE/MAX, LLC

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on August 20, 2021, I electronically filed the foregoing **NOTICE OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Janette L. Ferguson**
  jferguson@williamsweese.com

- **Jeffrey M. Lippa**
  jlippa@williamsweese.com

- **Jessica P. Marsh**
  jmarsh@williamsweese.com

*s/Claudia Jones*